# CORPORATE & ESTATE
# LEGAL SERVICES, LTD.

17W220 22nd Street<br>
Suite 410<br>
Oakbrook Terrace, Illinois 60181<br>
Tel: 630/778-9600<br>
email: Bryan@celsinfo.com

November 22, 2017

Certified Mail Number
7016 0910 0002 2900 2005

Mr. Gregory S. Drew, President and/or Agent
Elite Games, LLC
3049 Massey Road, #6
Vestavia Hills, AL 35216

  Re: Litigation Hold Request
     For Data Preservation to
     Elite Games, LLC and Accelerated Marketing Solutions, LLC

Dear Mr. Drew:

I am counsel for Digital Dynamics Software, Inc. ("DDS"). I am advised that Elite Games, LLC has retained or otherwise requested Eclipse Gaming Systems, LLC to install software previously created and copyrighted by DDS onto electronic gaming machines owned, operated, or otherwise used by Elite Games, LLC. As you know, Mr. Lawrence and Mr. Drew directly and/or beneficially hold common ownership rights and interests in and to Eclipse Gaming Systems, LLC ("Eclipse"); Elite Games, LLC ("Elite"); and Accelerated Marketing Solutions, LLC ("AMS"). In fact, together, Mr. Lawrence and Mr. Drew, directly and/or beneficially hold controlling ownership or membership interests in each of those entities. As such, all entities are on notice of the issues presented in the case of Digital Dynamics Software, Inc. v. Eclipse Gaming Systems, LLC pending in the Circuit Court of Cook County known as consolidated case number 16CH08122 and in the case of Eclipse Gaming Solutions, LLC v. Anthony Antonucci in the Northern District of Illinois known as case number 17cv196 (collectively the "Litigation"). In an abundance of caution, this litigation hold notice is issued to Elite and AMS to separately document and request that relevant evidence be held and preserved including the preservation of documentary and electronically stored information relevant to the pending cases and relevant to the copying and use of DDS copyrighted materials.

Litigation Hold. Digital Dynamics Software, Inc. hereby requests that Elite Games, LLC ("Elite") and its officers, managers, members, agents, and employees, hold and preserve all documents, tangible things, and electronically stored information relevant to the Litigation and/or to any of the following matters:

- The versions of any Digital Dynamics Software, Inc. software used in any electronic gaming machine that you own, operate or otherwise use in your business or from which you derive revenue or value of any nature. This request includes, but is not limited to, identification of the versions of any SAS Engine software or GAP Protocol; any SAS Gateway software or GAP Protocol; and any software developed by or received from Anthony Antonucci;
- All information identifying the number and location of any electronic gaming machine owned, operated, or used by Elite or from which Elite derives revenue or other matters of value of any nature;
- All information describing the gross revenues derived from the ownership, operation or use of any electronic gaming machine whether such revenue is received electronically, by check, by cash or otherwise;
- All records, whether paper records, electronic records, or otherwise, identifying all software installed by Eclipse Gaming Systems, LLC, or anyone under their direction or control, onto any electronic gaming machines owned, operated, or used by Elite;
- The payment of any monies or other things of value to any member of Elite for the last two years;
- The payment of any monies or other things of value to any officer or agent of Elite for the last two years;
- All payroll records;
- All Tax records;
- All records relating to any loan between Elite and any of its officers, shareholders, agents, or employees including the release or forgiveness of any loan;
- All records relating to any bonus paid to any officer, employee, or agent of Elite;
- All emails between Elite and Eclipse including any email between any officer, manager, member, employee or agent of Elite and/or Eclipse;
- All notices issued by Elite to any third-party, including any customer or oversight body, relating to any changes in software installed in or used by any electronic gaming machine.

This request includes the preservation of electronically stored information ("ESI"), should be afforded the broadest possible definition, and includes (by way of example and not as an exclusive list) potentially relevant information electronically, magnetically or optically stored as:

• Digital communications (e.g., e-mail, email attachments, voice mail, instant messaging, and/or text messages);
• Word processed documents (e.g., Word or WordPerfect documents and drafts);
• Spreadsheets and tables (e.g., Excel or Lotus 123 worksheets);
• Accounting Application Data (e.g., QuickBooks, Money, Peachtree data files);
• Image and Facsimile Files (e.g., .PDF, .TIFF, .JPG, .GIF images);
• Databases (e.g., Access, Oracle, SQL Server data, SAP);
• Contact and Relationship Management Data (e.g., Outlook, ACT!);
• Calendar and Diary Application Data (e.g., Outlook PST, Yahoo, blog tools);
• Presentations (e.g., PowerPoint, Corel Presentations)
• Project Management Application Data;
• Computer Aided Design/Drawing Files; and,

      • Back Up and Archival Files (e.g., Zip, .GHO)

The above evidence is relevant to the claims and actions asserted in the Litigation and is also relevant to possible copyright infringement claims held by DDS against Eclipse, Elite, and AMS for the unauthorized use of copyright material.  As such, demand is made for the preservation and protection of all such evidence in whatever form it may exist.  Digital Dynamics Software, Inc. hereby notifies Elite to preserve all electronically stored information, copies and backup, as defined by Rule 34 of the Federal Rules of Civil Procedure, along with any paper files which Elite maintains, relevant to the above identified issues and matters. Failure to hold and preserve this information may be deemed by a Court to constitute an act of spoliation which may result in the imposition of civil sanctions against you.  You are strongly encouraged to speak with counsel of your choice concerning your duties, obligations, and potential liabilities in this matter.  Your professional efforts in these matters are greatly appreciated.

                                            Sincerely,

                                            /s/ Bryan R. Bagdady

                                            Bryan R. Bagdady, Esq.

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ELITE GAMES, LLC
   3049 Massey Rd., #6
   Vestavia Hills, AL
   35216

9590 9402 2518 6306 1712 04

2. Article Number (Transfer from service label)

   7016 0910 0002 2900 2005

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Mallory Graham  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Mallory Graham
C. Date of Delivery: 11/2/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 2518 6306 1712 04

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

EMIL BEYAN BRODSKY
CORPORATE & ESTATE/LEGAL
17W220 22ND STREET
#410
Oakbrook Terrace, IL 60181

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

# CORPORATE & ESTATE
# LEGAL SERVICES, LTD.

17W220 22nd Street
Suite 410
Oakbrook Terrace, Illinois 60181
Tel: 630/778-9600
email: Bryan@celsinfo.com

November 22, 2017

Certified Mail Number
7016 0910 0002 2900 2012

Mr. David Lawrence
Accelerated Marketing Solutions, LLC
561 Mountain Trail
Warrior, AL. 35180

Re: Litigation Hold Request
For Data Preservation to
AMS Games, LLC and Accelerated Marketing Solutions, LLC

Dear Mr. Lawrence:

I am counsel for Digital Dynamics Software, Inc. ("DDS"). I am advised that Accelerated Marketing Solutions, LLC ("AMS") has retained or otherwise requested Eclipse Gaming Systems, LLC to install software previously created and copyrighted by DDS onto electronic gaming machines owned, operated, or otherwise used by AMS. As you know, Mr. Lawrence and Mr. Drew directly and/or beneficially hold common ownership rights and interests in and to Eclipse Gaming Systems, LLC ("Eclipse"); AMS Games, LLC ("AMS"); and Accelerated Marketing Solutions, LLC ("AMS"). In fact, together, Mr. Lawrence and Mr. Drew, directly and/or beneficially hold controlling ownership or membership interests in each of those entities. As such, all entities are on notice of the issues presented in the case of Digital Dynamics Software, Inc. v. Eclipse Gaming Systems, LLC pending in the Circuit Court of Cook County known as consolidated case number 16CH08122 and in the case of Eclipse Gaming Solutions, LLC v. Anthony Antonucci in the Northern District of Illinois known as case number 17cv196 (collectively the "Litigation"). In an abundance of caution, this litigation hold notice is issued to AMS and AMS to separately document and request that relevant evidence be held and preserved including the preservation of documentary and electronically stored information relevant to the pending cases and relevant to the copying and use of DDS copyrighted materials.

Litigation Hold. Digital Dynamics Software, Inc. hereby requests that AMS and its officers, managers, members, agents, and employees, hold and preserve all documents, tangible things and electronically stored information relevant to the Litigation and/or to any of the following matters:

- The versions of any Digital Dynamics Software, Inc. software used in any electronic gaming machine that you own, operate or otherwise use in your business or from which you derive revenue or value of any nature. This request includes, but is not limited to,

- identification of the versions of any SAS Engine software or GAP Protocol; any SAS Gateway software or GAP Protocol; and any software developed by or received from Anthony Antonucci;
- All information identifying the number and location of any electronic gaming machine owned, operated, or used by AMS or from which AMS derives revenue or other matters of value of any nature;
- All information describing the gross revenues derived from the ownership, operation or use of any electronic gaming machine whether such revenue is received electronically, by check, by cash or otherwise;
- All records, whether paper records, electronic records, or otherwise, identifying all software installed by Eclipse Gaming Systems, LLC, or anyone under their direction or control, onto any electronic gaming machines owned, operated, or used by AMS;
- The payment of any monies or other things of value to any member of AMS for the last two years;
- The payment of any monies or other things of value to any officer or agent of AMS for the last two years;
- All payroll records;
- All Tax records;
- All records relating to any loan between AMS and any of its officers, shareholders, agents, or employees including the release or forgiveness of any loan;
- All records relating to any bonus paid to any officer, employee, or agent of AMS;
- All emails between AMS and Eclipse including any email between any officer, manager, member, employee or agent of AMS and/or Eclipse;
- All notices issued by AMS to any third-party, including any customer or oversight body, relating to any changes in software installed in or used by any electronic gaming machine

This request includes the preservation of electronically stored information ("ESI"), should be afforded the broadest possible definition, and includes (by way of example and not as an exclusive list) potentially relevant information electronically, magnetically or optically stored as:

• Digital communications (e.g., e-mail, email attachments, voice mail, instant messaging, and/or text messages);
• Word processed documents (e.g., Word or WordPerfect documents and drafts);
• Spreadsheets and tables (e.g., Excel or Lotus 123 worksheets);
• Accounting Application Data (e.g., QuickBooks, Money, Peachtree data files);
• Image and Facsimile Files (e.g., .PDF, .TIFF, .JPG, .GIF images);
• Databases (e.g., Access, Oracle, SQL Server data, SAP);
• Contact and Relationship Management Data (e.g., Outlook, ACT!);
• Calendar and Diary Application Data (e.g., Outlook PST, Yahoo, blog tools);
• Presentations (e.g., PowerPoint, Corel Presentations)
• Project Management Application Data;
• Computer Aided Design/Drawing Files; and,
• Back Up and Archival Files (e.g., Zip, .GHO)

The above evidence is relevant to the claims and actions asserted in the Litigation and is also relevant to possible copyright infringement claims held by DDS against Eclipse, Elite, and AMS

for the unauthorized use of copyright material. As such, demand is made for the preservation and protection of all such evidence in whatever form it may exist. Digital Dynamics Software, Inc. hereby notifies AMS to preserve all electronically stored information, copies and backup, as defined by Rule 34 of the Federal Rules of Civil Procedure, along with any paper files which AMS maintains, relevant to the above identified issues and matters. Failure to hold and preserve this information may be deemed by a Court to constitute an act of spoliation which may result in the imposition of civil sanctions against you. You are strongly encouraged to speak with counsel of your choice concerning your duties, obligations, and potential liabilities in this matter. Your professional efforts in these matters are greatly appreciated.

    Sincerely,

    /s/ Bryan R. Bagdady

    Bryan R. Bagdady, Esq.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Lorie Lawrence* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Lorie Lawrence     C. Date of Delivery |
| 1. Article Addressed to:<br>Accelerated Marketing Solutions<br>561 Mountain Trail<br>Warrior, AL. 35180 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 9590 9402 2518 6306 1712 11 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 0910 0002 2900 2012 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

USPS TRACKING #

9590 9402 2518 6306 1712 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

BRYAN BAGDADY
Corporate & Estate Legal Services
17w 220 22nd Street
#410
Oakbrook Terrace, IL. 60181